IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM KENT CARDWELL, : | |
| Petitioner : | |
| : | |
| vs. : | CIVIL NO. 1:CV-09-1677 |
| : | (Judge Caldwell) |
| RAYMOND LAWLER, et al., : | (Magistrate Judge Carlson) |
| Respondents : | |

*O R D E R*

AND NOW, this 4th day of December, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 12), filed October 28, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report is adopted.

2. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1) is denied.

3. The Clerk of Court shall close this file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge